UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Bigfoot 4X4, Inc.

Plaintiff,

v.

Case No.: 1:22−cv−04191

Honorable Nancy L. Maldonado

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2022:

MINUTE entry before the Honorable Nancy L. Maldonado: The Court is in receipt of Defendant MMBL Toy Store's motion to dismiss [60] and Motion for leave to file excess pages [61]. The motion for leave to file excess pages is granted. Regarding the motion to dismiss, per the Court's standing order, the Defendant shall e−mail the courtroom deputy an agreed−upon briefing schedule for the Court's consideration. As a housekeeping matter, Defendant filed a motion to dismiss [59] and an "amended" motion to dismiss [60]. The earlier filed motion [59] is denied as moot, as it has been superseded by the amended filing.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.